

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LEE DAVIS,

    Defendant.

_____/

Case: 1:24-cr-20245
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 05-08-2024
INDI USA v. DAVIS (tt)

Violations:
18 U.S.C. § 113(a)(3)

## INDICTMENT

**FILED**
MAY 08 2024
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(18 U.S.C. §§ 113(a)(3), 1151 and 1153)**
**(Assault with a Dangerous Weapon with Intent to do Bodily Harm)**

On or about April 19, 2024, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Richard Lee Davis,** an Indian, assaulted, that is, intentionally struck and injured D.C. with a dangerous weapon, that is a knife, with the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

## COUNT TWO
## (18 U.S.C. §§ 113(a)(3), 1151 and 1153)
### (Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about April 19, 2024, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Richard Lee Davis,** an Indian, assaulted, that is, intentionally used a display of force with a dangerous weapon against J.D., which reasonably caused J.D. to fear immediate bodily harm while defendant had the intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

Dated:  May 8, 2024

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Roy R. Kranz*
ROY R. KRANZ   (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | **Criminal Case** | Case: 1:24-cr-20245<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 05-08-2024<br>INDI USA v. DAVIS (tt) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes        x No | AUSA's Initials: RRK |

**FILED MAY 08 2024 U.S. DISTRICT COURT BAY CITY, MICHIGAN**

Case Title: USA v.  Richard Lee Davis

County where offense occurred:  Saginaw

Check One:   X Felony      __ Misdemeanor     __ Petty

    X ___Indictment/____Information ---  **no** prior complaint.
    _____Indictment/____Information ---  based upon prior complaint []
    _____Indictment/____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  May 8, 2024

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Roy.Kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.